T. R. MILLER v. ATLANTIC NATIONAL BANK OF JACKSONVILLE.

149 So. 13.

Division B.

Decision Filed June 21, 1933.

Rehearing Denied August 2, 1933.

*John L. Nixon* and *W. W. Liddell,* for Plaintiff in Error; *Lee Guest,* for Defendant in Error.

PER CURIAM.—Writ of error is to the judgment in the Circuit Court of Duval County entered against the plaintiff on sustaining demurrer to plaintiff's original declaration and several amended declarations.

The judgment of the court below should be sustained and affirmed upon authority of Perkins v. Morgan Lumber Company, 68 Fla. 503, 67 So. 126 and cases there cited. See also Taylor v. Phosphate Co., 61 Fla. 455, 54 Sou. 904; Arnold v. Texas Co., 77 Fla. 301, 81 Sou. 462; A. C. L. R. Co. v. Ryland, 50 Fla. 190, 40 Sou. 24; Wilson & Toomer Fertilizer Co. v. Lee, 90 Fla. 632, 106 Sou. 462.

It is so ordered.

Affirmed.

WHITFIELD, BROWN and BUFORD, J. J., concur.